

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo Jacob, on behalf of himself and all others similarly situated and aggrieved<br><br>**Plaintiff,**<br><br>V.<br><br>CSL Plasma Inc., a Delaware Corporation; Does 1 Through 10, inclusive<br><br>**Defendant.** | Civil Action No.   24-cv-1807-H-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss. Accordingly, the Court dismisses Plaintiff's complaint with prejudice and without leave to amend. This case is hereby closed.

Date:   12/16/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M.Williams

M.Williams, Deputy